IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 16-199-1 |
| ELLEN CHAPMAN | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 1st day of February, 2017, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 1 through 13.</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
Cynthia M. Rufe , J.

cc:   U.S. Marshal
      Probation Office
      Counsel

 February 1, 2017        E.P.   
 Date                    By Whom

Cr 1 (4/2006)